**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**PRINCESS AMINA SALVADOR,**

    **Plaintiff,**

**v.**                                    **CASE NO. 3:18cv2159-MCR-CJK**

**FEDERAL OFFICER MUSE,**

    **Defendant.**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 16, 2018. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** without prejudice under 28 U.S.C. § 1406(a).

3.      The clerk of court shall close the file.

**DONE AND ORDERED** this 14th day of November 2018.


     s/ *M. Casey Rodgers*
     **M. CASEY RODGERS**
     **UNITED STATES DISTRICT JUDGE**


Case No. 3:18cv2159-MCR-CJK